**EXHIBIT 2 – Evidence of Use Regarding Infringement of U.S. Patent No. 11,189,321 ("the '321 Patent")**

| '321 Patent | Infringing Insta360 GPS Preview Remote with or without Built-In Microphone (the "Preview Remote") with Insta360 X4, X5, Ace, Ace Pro, and/or Ace Pro 2 Action Cameras (the "Insta360 Cameras") together with associated firmware, mobile applications (including the Insta360 App), and desktop software (including Insta360 Studio) (collectively, the "Insta360 Software Products") (the Remote, Insta360 Cameras, Insta360 Software Products, and their associated hardware and software functionalities, collectively, the "Insta360 Product" or "Accused Products") |
|---|---|
| 1a. An event marking device, comprising: | The Insta360 Product operates as an event marking device and includes all elements of this device claim. https://store.insta360.com/product/gps-preview-remote-with-built-in-mic. |

1



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.



https://store.insta360.com/collections/360-camera.



https://store.insta360.com/collections/action-cameras.

| | |
|---|---|
| 1b. a housing; | The Insta360 Product includes a housing.  For instance, the Preview Remote includes a housing. |

4



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.

5



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.



| Model | GPS Preview Remote (with Built-in Mic) | GPS Preview Remote |
|---|---|---|
| Picture | | |
| Dimensions | Remote dimensions: 48.7 × 41.6 × 15.8mm (1.9 × 1.6 × 0.6in)<br><br>Strap length: 26cm (10.2in), suitable for wrist circumferences from 14cm to 21cm (5.5in to 8.3in) | Remote dimensions: 41.8 × 48.5 × 15mm (1.65 × 1.91 × 0.59in)<br><br>Wrist circumference: 14cm to 21cm (5.5in to 8.3in)<br><br>Universal strap diameter: 2cm to 3.5cm (0.8in to 1.4in) |

https://onlinemanual.insta360.com/gpspreviewremote/en-us/specs/specs.

| 1c. a microcontroller disposed in the housing; | The Insta360 Product includes a microcontroller disposed in the housing. For instance, the Preview Remote necessarily includes a microprocessor to perform at least the following functions: "[(1)]live image preview, [(2)] remote control, [(3)] audio recording, and [(4)] real-time data." |
|---|---|
| |  |
| | https://store.insta360.com/product/gps-preview-remote-with-built-in-mic. |

8

| 1d. a memory disposed in the housing and operatively coupled to the microcontroller; | The Insta360 Product includes a memory disposed in the housing and operatively coupled to the microcontroller. For instance, the Preview Remote necessarily includes a memory to "accurately record[] data such as route, speed, and direction" before transmission to the Insta360 Cameras and to provide "[l]ive image preview for perfectly framed shots." Further, a user can "[e]asily import and sync speed, elevation, and GPS data to your videos in the Insta360 app or Studio." This "speed, elevation, and GPS data" is necessarily stored in memory in the Preview Remote. |
| --- | --- |

9



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.

Upon information and belief, such memory would necessarily be operatively coupled to the microcontroller.

| 1e. a real-time clock disposed in the housing and operatively coupled to the microcontroller; | The Insta360 Product includes a real-time clock disposed in the housing and operatively coupled to the microcontroller. For instance, the Preview Remote includes "[b]uilt in GPS [that] accurately records data such as route, speed, and direction."<br><br><br><br>**GPS Preview Remote with Built-In Mic**<br>★★★★⯪ 4.6 (37 reviews)<br><br>• All-in-one remote to streamline your creative workflow. Pair with Insta360 Ace Pro 2 or X5 for live image preview, remote control, audio recording, and real-time data.<br>• Built-in microphone delivers high-quality audio, with two adjustable noise reduction modes for clear sound. Record in 24-bit (default) or 32-bit floating point.<br>• Stable remote control and audio transmission up to 525ft (160m).<br>• Built-in GPS accurately records data such as route, speed, and direction.<br>• Easily import and sync speed, elevation, and GPS data to your videos in the Insta360 app or Studio.<br>• Live image preview for perfectly framed shots and remote control to adjust settings up to 328ft (100m).<br>• LCD screen with customizable wallpapers to show off your style or display your brand's logo.<br>• Choose from multiple creative mounting options, with included accessories to attach the remote to your wrist, handlebars, selfie stick, or shirt collar.<br>• Keep up to date with the latest official firmware for the best experience.<br>Show Less ⌃<br><br>**Need help shopping?** Our experts are online 24/7 to help you choose the right camera and gear. **Chat now**<br><br>**Compatibility**<br>X4 Air   X5   Insta360 Ace Pro 2<br><br>**Quantity**   −  1  +<br><br>**$159.99**<br>Pay in 4 interest-free payments of $40.00 with PayPal. Learn more<br>✔prime  Get it as soon as Tomorrow Jun 7<br><br>https://store.insta360.com/product/gps-preview-remote-with-built-in-mic. |



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.

"Real-time GPS data" requires the use of precise time and location information, illustrating the presence of a real-time clock.

Additionally, the Preview Remote can operate as a wristwatch, further illustrating the presence of a real-time clock.



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.

Further, the Preview Remote screen displays a timer, indicating the video duration that can be taken or recorded according to the current shooting mode.  Such timer requires the presence of a real-time clock.



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.

13



1. Camera Storage

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

Finally, a timer also increments upon activation of the trigger to record a video on the Insta360 Cameras, which also illustrates the presence of a real-time clock.

15



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

Upon information and belief, such real-time clock would necessarily be operatively coupled to the microcontroller.

| 1f. a communication interface disposed in the housing and | The Insta360 Product includes a communication interface disposed in the housing and operatively coupled to the microcontroller. For instance, the Preview Remote includes a Bluetooth interface for connecting to the Insta360 Cameras. |
|---|---|

| operatively to the microcontroller; and |  |
| --- | --- |



| Parameter Type | Item | | | | |
| --- | --- | --- | --- | --- | --- |
| Product Type | Product Name | GPS Preview Remote (with Built-in Mic) | Ring Remote | Mini Remote | GPS Preview Remote |
| Bluetooth | Bluetooth Protocol | 5.4 | 5.3 | 5.0 | 5.0 |

https://onlinemanual.insta360.com/gpspreviewremote/en-us/specs/hardware.

## 4.2 Connecting the Camera

1. Long press the Power Button to turn on the remote.
2. Power on the camera.
3. Click "Insta360 GPS Preview Remote" on the camera's Bluetooth Remote interface. When the camera's screen displays Connected, it has been paired successfully.

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.

17

| | Upon information and belief, such communication interface(s) would necessarily be operatively coupled to the microcontroller. |
|---|---|
| 1g. a trigger circuit disposed in the housing, operatively coupled to the microcontroller, and arranged to be enabled by a user to identify an event for recording; | The Insta360 Product includes a trigger circuit disposed in the housing, operatively coupled to the microcontroller, and arranged to be enabled by a user to identify an event for recording. For instance, the Preview Remote allows a user to identify an event for recording by pressing the Shutter Button.  The Preview Remote allows for "remote control" of the Insta360 Cameras.<br><br><br>https://store.insta360.com/product/gps-preview-remote-with-built-in-mic. |



**A.Shutter Button**

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.

## Take Photos or Videos

| Remote Status | Operation | Descriptions |
|---|---|---|
| On the preview page | Press the Shutter Button | Take a photo/start recording a video. |
| Recording | Press the Shutter Button | Stop recording. |

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.

19



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.



Short press the shutter button on the remote control to

https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

Upon information and belief, such trigger circuit would necessarily be operatively coupled to the microcontroller.

| 1h. wherein the microcontroller is configured to read the real-time clock and write a corresponding real-time datum in the memory upon receiving enablement of the | The Insta360 Product's microcontroller is configured to read the real-time clock and write a corresponding real-time datum in the memory upon receiving enablement of the trigger circuit by the user. For instance, the Preview Remote allows the user to identify an event for recording by pressing the Shutter Button.  The Preview Remote reads the time from the real-time clock and timestamps the triggered event and stores the timestamp and associated real-time GPS data in memory. |
|---|---|

trigger circuit by the user; and



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.



**A.Shutter Button**

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.

## Take Photos or Videos

| Remote Status | Operation | Descriptions |
| --- | --- | --- |
| On the preview page | Press the Shutter Button | Take a photo/start recording a video. |
| Recording | Press the Shutter Button | Stop recording. |

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

Additionally, the Preview Remote includes "[b]uilt in GPS [that] accurately records data such as route, speed, and direction." Such data, including time information, would be stored in the Preview Remote memory.

27



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.

28



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

Further, "after connecting to the [Insta360] Camera, the GPS Preview Remote will synchronize camera information automatically."



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

This synchronized real-time GPS data captured by the Preview Remote can then be added to the triggered video captured by the Insta360 Cameras using the Insta360 App.

30



connect the camera
to the Insta360 App

open the material

click the stats function
on the editing page

editing page to import your GPS data from that shoot.

https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

| 1i. wherein the microcontroller is configured to read the real-time data from the memory and output the real-time datum via the | The Insta360 Product includes a microcontroller configured to read the real-time data from the memory and output the real-time data via the communication interface when the communication interface is operatively coupled to an external device. For instance, the Preview Remote outputs collected trigger event data, including associated timestamps and real-time GPS data, to an external device like the Insta360 Cameras using its Bluetooth interface.  The collected trigger event data can be added to the recorded video through the Insta360 App. |

communication interface when the communication interface is operatively coupled to an external device;



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.

 

**A.Shutter Button**

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.

## Take Photos or Videos

| Remote Status | Operation | Descriptions |
| --- | --- | --- |
| On the preview page | Press the Shutter Button | Take a photo/start recording a video. |
| Recording | Press the Shutter Button | Stop recording. |

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.

33



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

Additionally, the Preview Remote includes "[b]uilt in GPS [that] accurately records data such as route, speed, and direction."  Such data, including time information, would be stored in the Preview Remote memory.

36



## GPS Preview Remote with Built-In Mic

★★★★⯪ 4.6 (37 reviews)

- All-in-one remote to streamline your creative workflow. Pair with Insta360 Ace Pro 2 or X5 for live image preview, remote control, audio recording, and real-time data.
- Built-in microphone delivers high-quality audio, with two adjustable noise reduction modes for clear sound. Record in 24-bit (default) or 32-bit floating point.
- Stable remote control and audio transmission up to 525ft (160m).
- Built-in GPS accurately records data such as route, speed, and direction.
- Easily import and sync speed, elevation, and GPS data to your videos in the insta360 app or Studio.
- Live image preview for perfectly framed shots and remote control to adjust settings up to 328ft (100m).
- LCD screen with customizable wallpapers to show off your style or display your brand's logo.
- Choose from multiple creative mounting options, with included accessories to attach the remote to your wrist, handlebars, selfie stick, or shirt collar.
- Keep up to date with the latest official firmware for the best experience.

Show Less ⌃

**Need help shopping?**
Our experts are online 24/7 to help you choose the right camera and gear.

Chat now

**Compatibility**

X4 Air   X5   Insta360 Ace Pro 2

**Quantity**      −  1  +

**$159.99**
Pay in 4 interest-free payments of $40.00 with *PayPal*. Learn more
✓prime  Get it as soon as Tomorrow Jun 7

https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.

37



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

Further, "after connecting to the [Insta360] Camera, the GPS Preview Remote will synchronize camera information automatically."



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

This synchronized real-time GPS data captured by the Preview Remote can then be added to the triggered video captured by the Insta360 Cameras using the Insta360 App.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

| 1j. whereby the real-time datum causes the external device to preserve a recording captured at the time of the | The Insta360 Product operates such that the real-time datum causes the external device to preserve a recording captured at the time of the enablement of the trigger circuit. For instance, the Preview Remote works in concert with the Insta360 Cameras (external devices) to preserve video and associated data when the user presses the Shutter Button on the Preview Remote. Timestamp, real-time GPS data, and other collected trigger event data is synchronized with the recording to mark the time of the enablement of the trigger circuit (when the user presses the Shutter Button). |
| --- | --- |

enablement of the trigger circuit.



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.

41

 

**A.Shutter Button**

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.

## Take Photos or Videos

| Remote Status | Operation | Descriptions |
|---|---|---|
| On the preview page | Press the Shutter Button | Take a photo/start recording a video. |
| Recording | Press the Shutter Button | Stop recording. |

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.

42



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

Additionally, the Preview Remote includes "[b]uilt in GPS [that] accurately records data such as route, speed, and direction."  Such data, including time information, would be stored in the Preview Remote memory.



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

Further, "after connecting to the [Insta360] Camera, the GPS Preview Remote will synchronize camera information automatically."



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

This synchronized real-time GPS data captured by the Preview Remote can then be added to the triggered video captured by the Insta360 Cameras using the Insta360 App.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

| 4. The event marking device of claim 1, wherein the housing is configured to be carried by the user. | The Insta360 Product's housing is configured to be carried by the user.  For instance, the Preview Remote is designed to be carried by the user via a selfie stick. |
| --- | --- |

| | |
|---|---|
| | **Wear it, mount it.**<br><br>Includes two adjustable straps for complete flexibility. Wear it on your wrist with the Wrist Strap, or mount it to your handlebars, Invisible Selfie Stick and more with the Universal Strap.<br><br> <br><br>https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R. |
| 5. The event marking device of claim 1, wherein the housing is configured to be worn by the user. | The Insta360 Product's housing is configured to be worn by the user.  For instance, the Preview Remote is designed to be worn by the user. |







https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

| | |
|---|---|
| 8a.  A method, comprising: | The Insta360 Product performs all steps of this method claim. |

51



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.



https://store.insta360.com/collections/360-camera.



https://store.insta360.com/collections/action-cameras.

| 8b. generating real-time clock data with a real-time clock of an event marking device; | The Insta360 Product generates real-time clock data with a real-time clock of an event marking device. For instance, the Preview Remote includes "[b]uilt in GPS [that] accurately records data such as route, speed, and direction." |



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.

56



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.

"Real-time GPS data" requires the use of precise time and location information, illustrating the presence of a real-time clock.

Additionally, the Preview Remote can operate as a wristwatch, further illustrating the presence of a real-time clock.



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.

Further, the Preview Remote screen displays a timer, indicating the video duration that can be taken or recorded according to the current shooting mode. Such timer requires the presence of a real-time clock.



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.

58



1. Camera Storage

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

Finally, a timer also increments upon activation of the trigger to record a video on the Insta360 Cameras, which also illustrates the presence of a real-time clock.

60



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

| 8c. generating, with a trigger circuit of the event marking device, a trigger signal; | The Insta360 Product generates, with a trigger circuit of the event marking device, a trigger signal.  For instance, the Preview Remote allows a user to generate a trigger signal with the trigger circuit, thereby identifying an event for recording, by pressing the Shutter Button.<br><br>The Preview Remote allows for "remote control" of the Insta360 Cameras. |

61



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.

 

**A.Shutter Button**

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.

## Take Photos or Videos

| Remote Status | Operation | Descriptions |
| --- | --- | --- |
| On the preview page | Press the Shutter Button | Take a photo/start recording a video. |
| Recording | Press the Shutter Button | Stop recording. |

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

| 8d. identifying, from the real-time clock data with a microcontroller of the event marking device, a real time corresponding to a receipt of the trigger signal; | The Insta360 Product identifies, from the real-time clock data with a microcontroller of the event marking device, a real time corresponding to a receipt of the trigger signal. For instance, the Preview Remote allows the user to identify an event for recording by pressing the Shutter Button.  The Preview Remote reads the time from the real-time clock and timestamps the triggered event and stores the timestamp and associated real-time GPS data in memory. |
|---|---|

66



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.

 

**A.Shutter Button**

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.

## Take Photos or Videos

| Remote Status | Operation | Descriptions |
| --- | --- | --- |
| On the preview page | Press the Shutter Button | Take a photo/start recording a video. |
| Recording | Press the Shutter Button | Stop recording. |

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

Additionally, the Preview Remote includes "[b]uilt in GPS [that] accurately records data such as route, speed, and direction."  Such data, including time information, would be stored in the Preview Remote memory.



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

Further, "after connecting to the [Insta360] Camera, the GPS Preview Remote will synchronize camera information automatically."



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

This synchronized real-time GPS data captured by the Preview Remote can then be added to the triggered video captured by the Insta360 Cameras using the Insta360 App.

74



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

| 8e. writing, with the microcontroller, trigger signal data to a memory of the event marking device indicating the real time associated | The Insta360 Product writes, with the microcontroller, trigger signal data to a memory of the event marking device indicating the real time associated with receipt of the trigger signal. As an initial matter, the Preview Remote includes memory.   For instance, the Preview Remote necessarily includes a memory to "accurately record[] data such as route, speed, and direction" before transmission to the Insta360 Cameras and to provide "[l]ive image preview for perfectly framed shots."  Further, a user can "[e]asily import and sync speed, elevation, and GPS data to your videos in the Insta360 app or Studio."  This "speed, elevation, and GPS data" is necessarily stored in memory in the Preview Remote. |

| | |
|---|---|
| with receipt of the trigger signal; and | <br><br>https://store.insta360.com/product/gps-preview-remote-with-built-in-mic. |

76

Further, the Preview Remote allows the user to identify an event for recording by pressing the Shutter Button.  The Preview Remote reads the time from the real-time clock and timestamps the triggered event and stores the timestamp and associated real-time GPS data in memory.



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.

 

**A.Shutter Button**

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.

## Take Photos or Videos

| Remote Status | Operation | Descriptions |
| --- | --- | --- |
| On the preview page | Press the Shutter Button | Take a photo/start recording a video. |
| Recording | Press the Shutter Button | Stop recording. |

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

Additionally, the Preview Remote includes "[b]uilt in GPS [that] accurately records data such as route, speed, and direction."  Such data, including time information, would be stored in the Preview Remote memory.



### GPS Preview Remote with Built-In Mic

★★★★⯪ 4.6 (37 reviews)

- All-in-one remote to streamline your creative workflow. Pair with Insta360 Ace Pro 2 or X5 for live image preview, remote control, audio recording, and real-time data.
- Built-in microphone delivers high-quality audio, with two adjustable noise reduction modes for clear sound. Record in 24-bit (default) or 32-bit floating point.
- Stable remote control and audio transmission up to 525ft (160m).
- Built-in GPS accurately records data such as route, speed, and direction.
- Easily import and sync speed, elevation, and GPS data to your videos in the insta360 app or Studio.
- Live image preview for perfectly framed shots and remote control to adjust settings up to 328ft (100m).
- LCD screen with customizable wallpapers to show off your style or display your brand's logo.
- Choose from multiple creative mounting options, with included accessories to attach the remote to your wrist, handlebars, selfie stick, or shirt collar.
- Keep up to date with the latest official firmware for the best experience.

Show Less ⌃

**Need help shopping?**
Our experts are online 24/7 to help you choose the right camera and gear.

Chat now

**Compatibility**

X4 Air    X5    Insta360 Ace Pro 2

**Quantity**    − 1 +

**$159.99**
Pay in 4 interest-free payments of $40.00 with **PayPal**. Learn more
✓prime  Get it as soon as Tomorrow Jun 7

https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

Further, "after connecting to the [Insta360] Camera, the GPS Preview Remote will synchronize camera information automatically."



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

This synchronized real-time GPS data captured by the Preview Remote can then be added to the triggered video captured by the Insta360 Cameras using the Insta360 App.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

| 8f. outputting, with a communication interface of the event marking device, the trigger event data including the time of | The Insta360 Product outputs, with a communication interface of the event marking device, the trigger event data including the time of generating the trigger signal to an external device. As an initial matter, the Preview Remote includes a Bluetooth interface for connecting to the Insta360 Cameras. |
|---|---|

generating the trigger signal to an external device;



| Parameter Type | Item | | | | |
|---|---|---|---|---|---|
| Product Type | Product Name | GPS Preview Remote (with Built-in Mic) | Ring Remote | Mini Remote | GPS Preview Remote |
| Bluetooth | Bluetooth Protocol | 5.4 | 5.3 | 5.0 | 5.0 |

https://onlinemanual.insta360.com/gpspreviewremote/en-us/specs/hardware.

## 4.2 Connecting the Camera

1. Long press the Power Button to turn on the remote.
2. Power on the camera.
3. Click "Insta360 GPS Preview Remote" on the camera's Bluetooth Remote interface. When the camera's screen displays Connected, it has been paired successfully.

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.

86

Additionally, the Preview Remote transmits collected trigger event data, including associated timestamps and real-time GPS data, to an external device like the Insta360 Cameras via its Bluetooth interface.  The collected trigger event data can be added to the recorded video through the Insta360 App.



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.



**A.Shutter Button**

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.

## Take Photos or Videos

| Remote Status | Operation | Descriptions |
| --- | --- | --- |
| On the preview page | Press the Shutter Button | Take a photo/start recording a video. |
| Recording | Press the Shutter Button | Stop recording. |

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.

88



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

Additionally, the Preview Remote includes "[b]uilt in GPS [that] accurately records data such as route, speed, and direction."  Such data, including time information, would be stored in the Preview Remote memory.



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

Further, "after connecting to the [Insta360] Camera, the GPS Preview Remote will synchronize camera information automatically."



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

This synchronized real-time GPS data captured by the Preview Remote can then be added to the triggered video captured by the Insta360 Cameras using the Insta360 App.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

| 8g. whereby outputting the trigger event data causes the external device to preserve a recording captured at the time of the | The Insta360 Product operates such that the outputting of the trigger event data causes the external device to preserve a recording captured at the time of the enablement of the trigger circuit. For instance, the Preview Remote works in concert with the Insta360 Cameras (external devices) to preserve video and associated data when the user presses the Shutter Button on the Preview Remote. Timestamp, real-time GPS data, other collected trigger event data is synchronized with the recording to mark the time of the enablement of the trigger circuit (when the user presses the Shutter Button). |
| --- | --- |

95

enablement of the trigger circuit.



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.

 

**A.Shutter Button**

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.

## Take Photos or Videos

| Remote Status | Operation | Descriptions |
|---|---|---|
| On the preview page | Press the Shutter Button | Take a photo/start recording a video. |
| Recording | Press the Shutter Button | Stop recording. |

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.





https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

Additionally, the Preview Remote includes "[b]uilt in GPS [that] accurately records data such as route, speed, and direction."  Such data, including time information, would be stored in the Preview Remote memory.



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

Further, "after connecting to the [Insta360] Camera, the GPS Preview Remote will synchronize camera information automatically."



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

This synchronized real-time GPS data captured by the Preview Remote can then be added to the triggered video captured by the Insta360 Cameras using the Insta360 App.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

| 9. The method of claim 8, wherein generating the trigger signal includes generating the trigger signal | The Insta360 Product generates the trigger signal based upon input received from a user.  For instance, the Preview Remote allows a user to generate a trigger signal, thereby identifying an event for recording, by pressing the Shutter Button.<br><br>For instance, the Preview Remote allows a user to identify an event for recording by pressing the Shutter Button.  The Preview Remote allows for "remote control" of the Insta360 Cameras. |
|---|---|

based on input received from a user.



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.

 

**A.Shutter Button**

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.

## Take Photos or Videos

| Remote Status | Operation | Descriptions |
| --- | --- | --- |
| On the preview page | Press the Shutter Button | Take a photo/start recording a video. |
| Recording | Press the Shutter Button | Stop recording. |

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.



https://wwww.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

| 14. The method of claim 8, further comprising generating the trigger signal in response to manipulation of a switch by a user. | The Insta360 Product generates the trigger signal in response to manipulation of a switch by a user.  For instance, the Preview Remote allows a user to generate a trigger signal, thereby identifying an event for recording, by pressing the Shutter Button. For instance, the Preview Remote allows a user to identify an event for recording by pressing the Shutter Button.  The Preview Remote allows for "remote control" of the Insta360 Cameras. |

109



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.



**A.Shutter Button**

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.

## Take Photos or Videos

| Remote Status | Operation | Descriptions |
|---|---|---|
| On the preview page | Press the Shutter Button | Take a photo/start recording a video. |
| Recording | Press the Shutter Button | Stop recording. |

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

| 15a. A device, comprising: | The Insta360 Product includes all elements of this device claim. |
|---|---|



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.

115



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.



https://store.insta360.com/collections/360-camera.

117



https://store.insta360.com/collections/action-cameras.

| 15b. a trigger circuit disposed in a housing and configured to generate a trigger signal; | The Insta360 Product includes a trigger circuit disposed in a housing and configured to generate a trigger signal.  First, the Preview Remote includes a housing. |
| --- | --- |

118



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.

119



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.



| Model | GPS Preview Remote (with Built-in Mic) | GPS Preview Remote |
|---|---|---|
| Picture | | |
| Dimensions | Remote dimensions: 48.7 × 41.6 × 15.8mm (1.9 × 1.6 × 0.6in) Strap length: 26cm (10.2in), suitable for wrist circumferences from 14cm to 21cm (5.5in to 8.3in) | Remote dimensions: 41.8 × 48.5 × 15mm (1.65 × 1.91 × 0.59in) Wrist circumference: 14cm to 21cm (5.5in to 8.3in) Universal strap diameter: 2cm to 3.5cm (0.8in to 1.4in) |

https://onlinemanual.insta360.com/gpspreviewremote/en-us/specs/specs.

Additionally, the Preview Remote includes a trigger circuit disposed in the housing and configured to generate a trigger signal.  For instance, the Preview Remote allows a user to generate a trigger signal, thereby identifying an event for recording, by pressing the Shutter Button. The Preview Remote further allows for "remote control" of the Insta360 Cameras.



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.

122



**A.Shutter Button**

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.

## Take Photos or Videos

| Remote Status | Operation | Descriptions |
|---|---|---|
| On the preview page | Press the Shutter Button | Take a photo/start recording a video. |
| Recording | Press the Shutter Button | Stop recording. |

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.

123



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

| | |
|---|---|
| 15c. a real-time clock disposed in the housing and configured to generate real-time clock data corresponding to a real time; | The Insta360 Product includes a real-time clock disposed in the housing and configured to generate real-time clock data corresponding to a real time. For instance, the Preview Remote includes "[b]uilt in GPS [that] accurately records data such as route, speed, and direction." |



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.

127



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.

"Real-time GPS data" requires the use of precise time and location information, illustrating the presence of a real-time clock.

Additionally, the Preview Remote can operate as a wristwatch, further illustrating the presence of a real-time clock.



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.

Further, the Preview Remote screen displays a timer, indicating the video duration that can be taken or recorded according to the current shooting mode.  Such timer requires the presence of a real-time clock.



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.

129



1. Camera Storage

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

Finally, a timer also increments upon activation of the trigger to record a video on the Insta360 Cameras, which also illustrates the presence of a real-time clock.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

| 15d. a memory disposed in the housing and configured to store data in a computer readable media; | The Insta360 Product includes a memory disposed in the housing and configured to store data in a computer readable media. For instance, the Preview Remote necessarily includes a memory to "accurately record[] data such as route, speed, and direction" before transmission to the Insta360 Cameras and to provide "[l]ive image preview for perfectly framed shots."  Further, a user can "[e]asily import and sync speed, elevation, and GPS data to your videos in the Insta360 app or Studio."  This "speed, elevation, and GPS data" is necessarily stored in memory in the Preview Remote. |



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.

| | |
|---|---|
| 15e. a microcontroller coupled to the trigger circuit, the real-time clock, and the memory and configured to receive the trigger signal, to reference the real-time clock data upon receiving the trigger signal, and to write trigger event data to the memory indicating a real time at which the trigger signal was generated; and | The Insta360 Product includes a microcontroller disposed in the housing. For instance, the Preview Remote necessarily includes a microprocessor to perform at least the following functions: "[(1)]live image preview, [(2)] remote control, [(3)] audio recording, and [(4)] real-time data."  https://store.insta360.com/product/gps-preview-remote-with-built-in-mic. Additionally, the Insta360 Product's microcontroller is configured to receive the trigger signal, to reference the real-time clock data upon receiving the trigger signal, and to write trigger event data to the memory |

134

| | indicating a real time at which the trigger signal was generated. Additionally, the Preview Remote allows the user to generate a trigger signal, thereby identifying an event for recording, by pressing the Shutter Button. The Preview Remote reads the time from the real-time clock and timestamps the triggered event and writes the timestamp and associated real-time GPS data in memory.<br><br>For instance, the Preview Remote "accurately records data such as route, speed, and direction" before transmission to the Insta360 Cameras and to provide "[l]ive image preview for perfectly framed shots." Further, a user can "[e]asily import and sync speed, elevation, and GPS data to your videos in the Insta360 app or Studio."  This "speed, elevation, and GPS data" is necessarily stored in memory in the Preview Remote. |
|---|---|

135



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.

Further, the Preview Remote allows the user to identify an event for recording by pressing the Shutter Button.  The Preview Remote reads the time from the real-time clock and timestamps the triggered event and stores the timestamp and associated real-time GPS data in memory.



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.

137



**A.Shutter Button**

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.

**Take Photos or Videos**

| Remote Status | Operation | Descriptions |
|---|---|---|
| On the preview page | Press the Shutter Button | Take a photo/start recording a video. |
| Recording | Press the Shutter Button | Stop recording. |

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

Additionally, the Preview Remote includes "[b]uilt in GPS [that] accurately records data such as route, speed, and direction."  Such data, including time information, would be stored in the Preview Remote memory.



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

Further, "after connecting to the [Insta360] Camera, the GPS Preview Remote will synchronize camera information automatically."



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

This synchronized real-time GPS data captured by the Preview Remote can then be added to the triggered video captured by the Insta360 Cameras using the Insta360 App.

144



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

Upon information and belief, the microcontroller would necessarily be coupled to the trigger circuit, the real-time clock, and the memory to provide this functionality.

| 15f. a communication interface configured to output the trigger | The Insta360 Product includes a communication interface configured to output the trigger event data to an external device. As an initial matter, the Preview Remote includes a Bluetooth interface for connecting to the Insta360 Cameras. |
|---|---|

event data to an external device;



| Parameter Type | Item | | | | |
|---|---|---|---|---|---|
| Product Type | Product Name | GPS Preview Remote (with Built-in Mic) | Ring Remote | Mini Remote | GPS Preview Remote |
| Bluetooth | Bluetooth Protocol | 5.4 | 5.3 | 5.0 | 5.0 |

https://onlinemanual.insta360.com/gpspreviewremote/en-us/specs/hardware.

## 4.2 Connecting the Camera

1. Long press the Power Button to turn on the remote.
2. Power on the camera.
3. Click "Insta360 GPS Preview Remote" on the camera's Bluetooth Remote interface. When the camera's screen displays Connected, it has been paired successfully.

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.

146

Additionally, the Preview Remote transmits collected trigger event data, including associated timestamps and real-time GPS data, to an external device like the Insta360 Cameras via its Bluetooth interface.  The collected trigger event data can be added to the recorded video through the Insta360 App.



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.

147



**A.Shutter Button**

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.

## Take Photos or Videos

| Remote Status | Operation | Descriptions |
| --- | --- | --- |
| On the preview page | Press the Shutter Button | Take a photo/start recording a video. |
| Recording | Press the Shutter Button | Stop recording. |

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

150





https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

Additionally, the Preview Remote includes "[b]uilt in GPS [that] accurately records data such as route, speed, and direction."  Such data, including time information, would be stored in the Preview Remote memory.

151



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

153

Further, "after connecting to the [Insta360] Camera, the GPS Preview Remote will synchronize camera information automatically."



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

This synchronized real-time GPS data captured by the Preview Remote can then be added to the triggered video captured by the Insta360 Cameras using the Insta360 App.



connect the camera
to the Insta360 App

open the material

click the stats function
on the editing page

editing page to import your GPS data from that shoot.

https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

| 15g. whereby the external device is made to store or transmit recorded content corresponding to the | The Insta360 Product operates such that the external device is made to store or transmit recorded content corresponding to the real time of the trigger event. For instance, the Preview Remote works in concert with the Insta360 Cameras (external devices) to preserve video and associated data when the user presses the Shutter Button on the Preview Remote. Timestamp, real-time GPS data, and other collected trigger event data is synchronized with the recording to mark the time of the enablement of the trigger circuit (when the user presses the Shutter Button). |
|---|---|

real time of the trigger event.



[https://store.insta360.com/product/gps-preview-remote-with-built-in-mic](https://store.insta360.com/product/gps-preview-remote-with-built-in-mic).



**A.Shutter Button**

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.

## Take Photos or Videos

| Remote Status | Operation | Descriptions |
|---|---|---|
| On the preview page | Press the Shutter Button | Take a photo/start recording a video. |
| Recording | Press the Shutter Button | Stop recording. |

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

Additionally, the Preview Remote includes "[b]uilt in GPS [that] accurately records data such as route, speed, and direction."  Such data, including time information, would be stored in the Preview Remote memory.



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

Further, "after connecting to the [Insta360] Camera, the GPS Preview Remote will synchronize camera information automatically."



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

This synchronized real-time GPS data captured by the Preview Remote can then be added to the triggered video captured by the Insta360 Cameras using the Insta360 App.

163



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.

| | |
|---|---|
| 16. The device of claim 15, wherein the trigger circuit includes a switch configured to be operated by the user. | The Insta360 Product's trigger circuit includes a switch configured to be operated by the user. For instance, the Preview Remote allows a user to generate a trigger signal, thereby identifying an event for recording, by pressing the Shutter Button (a switch). |



https://store.insta360.com/product/gps-preview-remote-with-built-in-mic.



**A.Shutter Button**

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.

## Take Photos or Videos

| Remote Status | Operation | Descriptions |
|---|---|---|
| On the preview page | Press the Shutter Button | Take a photo/start recording a video. |
| Recording | Press the Shutter Button | Stop recording. |

https://onlinemanual.insta360.com/gpspreviewremote/en-us/camera/basicuse.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.



https://www.amazon.com/Insta360-GPS-Preview-Remote/dp/B0CMV1WF7R.