| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Laura E. Calloway, Esq.<br>L4T Innovations LLC<br>*Telephone No:*<br>*Attorney For:* Plaintiff<br>*Ref. No. or File No.:* L4T Innovations v Arashi | ***For Court Use Only*** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>USDC Eastern District of Texas, Marshall Division | |
| *Plaintiff:* L4T Innovations LLC<br>*Defendant:* Arashi Vision Inc. d/b/a Insta360 | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 2:26-cv-00582-JRG |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT; CIVIL COVER SHEET; PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT; APPEARANCE OF COUNSEL; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK

3. *a. Party served:* Arashi Vision Inc. d/b/a Insta360
   *b. Person served:* "John Doe", Employee in charge , Asian American , Male , Age: 45 , Hair: Black , Eyes: Brown , Height: 5'6" , Weight: 165 , authorized to accept served under F.R.C.P. Rule 4.

4. *Address where the party was served:* 15791 Rockfield Boulevard Suite E, Irvine, CA 92618

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Sep 10 2026 (2) at: 12:00 PM

6. ***Person Who Served Papers:***
   a. Mario Alvarado (2018155566, Los Angeles County)
   **b. FIRST LEGAL**
   1517 W. Beverly Blvd.
   LOS ANGELES, CA 90026
   c. (213) 250-1111

   **d.** ***The Fee** for Service was:*

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

09/15/2026
*(Date)*

*(Signature)*